

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEWART PRICE | CIVIL ACTION |
| VERSUS | NO. 03-3066 |
| N. BURL CAIN, WARDEN | SECTION "F"(5) |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that petitioner's application for habeas corpus relief is **HEREBY DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 5th day of FEB., 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep____
___ Doc. No.____